PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sherise Lee                                      Docket No. 7:23-CR-65-12D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Sherise Lee, who was placed under pretrial release supervision by the Honorable James E. Gates, sitting in the Court at Raleigh, on the 19th day of September 2024.

The defendant appeared before Robert T. Numbers, II, the U.S. Magistrate Judge for arraignment on the 12th day of June 2025, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 10, 2025, the defendant submitted a positive urinalysis for cocaine. This urinalysis was confirmed positive by the national laboratory on October 15, 2025. When initially confronted, she denied use; however, when it was confirmed, she admitted to using the substance. The defendant was admonished for using a controlled substance. It is recommended that substance abuse treatment condition be added to address her substance use.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

Reviewed and approved,                   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp                                       /s/ Cierra M. Wallace
Mark Culp                                            Cierra M. Wallace
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                         310 New Bern Avenue, Room 610
                                                         Raleigh, NC 27601-1441
                                                         Phone: 910-679-2034
                                                         Executed On: October 20, 2025

### ORDER OF THE COURT

Considered and ordered the __21__ day of __October__, 2025, and ordered filed and made part of the records in the above case.

/s/ James C. Dever III
James C. Dever III
U.S. District Judge